*Law Library*

IN THE SUPERIOR COURT OF GUAM

PEOPLE OF GUAM, )  CRIMINAL CASE NO. CM1195-11
)
vs. )  **DECISION AND ORDER**
)
YOU JIN BAE SON, )
)
Defendant.)

In the interest of judicial economy and after reviewing the filed documents, the Honorable ELIZABETH BARRETT-ANDERSON will not set the Motion to Dismiss ("Motion") for a hearing pursuant to CVR 7.1(e)(1), but will decide based on the written materials. Furthermore, the Court is hereby DENYING the Motion.

The Motion argues that based upon *People v. Rasauo*, 2011 Guam 14, the case should be dismissed, because Defendant "has yet to be arraigned." However, the Motion is factually incorrect because Defendant was arraigned on January 25, 2012, and was represented by Alternate Public Defender Hattori. This was within the permissible sixty (60) days and therefore there is no legal reason for this Court to dismiss this case.

While not necessary for this decision, the Court notes that Defendant's attorney, Alternate Public Defender Overton (hereinafter "Overton"), was present at Defendant's first criminal trial setting that occurred on March 12, 2012, and failed to mention any perceived deficiencies in the treatment of Defendant's case, but two (2) days later the Court received the Motion written by Overton that included the incorrect assertion that Defendant had not been arraigned.

Title 8 Guam Code Annotated § 1.29(d) requires motions to be filed with the Court "in the manner provided in civil actions." Guam Rule of Civil Procedure Rule 11[1] requires that every motion presented to the Court is certified "are warranted by existing law or by a nonfrivolous argument...[and]the allegations and other factual contentions have evidentiary support." GRCP 11(b)(2-3). Guam Rule of Professional Conduct 3.3(a) also require that an

---

[1] The Court is aware that the formal scope of GRCP is limited in criminal matters, hence Rule 11 is not directly applicable here. GRCP 1.

attorney not make false claims to the Court. The Court highly recommends that no further meritless motions to dismiss based upon false statements of facts are filed in the future.

A continued criminal trial setting shall occur on April 2, 2012 at 9:30 a.m.

**IT IS SO ORDERED** this __ of March, 2012.

_/s/ E. Barrett Ano_

**HONORABLE ELIZABETH BARRETT- ANDERSON**
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagåtña, Guam

APR - 2 2012

_Glenric J. Mendiola_
Deputy Clerk, Superior Court of Guam